KENNETH P. ROBERTS
A PROFESSIONAL LAW CORPORATION
6355 TOPANGA CANYON BLVD., SUITE 403
WOODLAND HILLS, CA 91367-2102

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KATCH, LLC, a California limited liability company (formerly "VANTAGE MEDIA, LLC"), and VANTAGE MEDIA II, LLC, a Delaware limited liability company,<br><br>     Plaintiffs,<br><br>  v.<br><br>MEDGAP DIRECT, INC., a Florida corporation, ADAM AWANY, an individual, and DOES 1 THROUGH 25, inclusive,<br><br>     Defendants. | Case No.: 2:14-CV-8202-JAK-MAN<br><br>JUDGMENT UPON DEFAULT AGAINST DEFENDANT MEDGAP DIRECT, INC. AND DEFENDANT ADAM AWANY  JS-6<br><br>Complaint filed:  October 22, 2014<br>Defaults entered: February 18, 2015 |

# JUDGMENT

Plaintiffs Katch, LLC and Vantage Media II, LLC (collectively "Plaintiffs") brought this action against Defendants Medgap Direct, Inc. and Adam Awany for breach of contract, breach of guaranty, and unjust enrichment. Defendants Medgap Direct, Inc. and Adam Awany, having been duly served, failed to timely answer the First Amended Complaint, and on April 24, 2015, the Clerk of this Court entered a Default against Defendants Medgap Direct, Inc. and Adam Awany, respectively. Having fully considered Plaintiffs' Motion for Default Judgment and, for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Plaintiffs' Motion for Default Judgment is hereby GRANTED in full;

2. Judgment is hereby entered in favor of Plaintiffs, respectively, against Defendants, respectively, as follows:

    a. On the First Cause of Action, judgment in favor of Plaintiff Vantage Media II, LLC and against Defendant Medgap Direct, Inc., as follows:

        i. Damages in the amount of: $895,955.74

        ii. Costs in the amount of: $1,192.40

    b. On the Second Cause of Action, judgment in favor of Plaintiff Katch, LLC and against Defendant Medgap Direct, Inc. as follows:

        i. Damages in the amount of: $212,196.50

        ii. Prejudgment interest in the amount of: $39,381.96

        iii. Costs in the amount of: $1,192.40

        iv. Attorney's Fees in the amount of: $8,631.57

    c. On the Third Cause of Action, judgment in favor of Plaintiff Vantage Media II, LLC and against Defendant Adam Awany, as follows:

        i. Damages in the amount of: $895,955.74

        ii. Costs in the amount of: $1,192.40

        iii. Attorney's Fees in the amount of: $21,519.11

KENNETH P. ROBERTS
A PROFESSIONAL LAW CORPORATION
6355 TOPANGA CANYON BLVD., SUITE 403
WOODLAND HILLS, CA 91367-2102

        d.    On the Third Cause of Action, judgment in favor of Plaintiff Katch, LLC and against Defendant Adam Awany, as follows:

            i.   Damages in the amount of: $212,196.50

           ii.   Prejudgment interest in the amount of: $39,381.96

          iii.   Costs in the amount of: $1,192.40

          iv.   Attorney's Fees in the amount of: $8,631.57

3.    The Fourth Cause of Action for unjust enrichment is dismissed as moot.

**IT IS SO ORDERED.**

Dated: June 18, 2015                        _____

                                               John A Kronstadt
                                             UNITED STATES DISTRICT JUDGE

KENNETH P. ROBERTS
A PROFESSIONAL LAW CORPORATION
6355 TOPANGA CANYON BLVD., SUITE 403
WOODLAND HILLS, CA 91367-2102